IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN DOE,

        Plaintiff,

v.

                                                                                                        No. 1:17-CV-00635 GBW/WPL

THE UNIVERSITY OF NEW MEXICO
and THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,

        Defendants.

**STIPULATION OF SECOND EXTENSION OF TIME FOR DEFENDANTS
TO FILE THEIR RESPONSIVE PLEADING AND TO FILE THEIR
RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

      COME NOW Plaintiff, John Doe, and Defendants, The University of New Mexico and The Board of Regents of the University of New Mexico (collectively, "UNM"), by and through their respective counsel of record, and hereby stipulate that the deadline for Defendants to file their responsive pleading to the Complaint for Injunctive and Declaratory Relief ("Complaint") [Doc. 1] and their response to Plaintiff's Motion for Preliminary Injunction ("Motion for Preliminary Injunction") [Doc. 2] be extended until August 18, 2017.

| Submitted: | Approved: |
|---|---|
| SHEEHAN & SHEEHAN, P.A. | ADAMS+CROW, P.C. |
| *Attorneys for UNM* | *Attorneys for Plaintiff* |
| P.O. Box 271 | 5051 Journal Center Blvd. NE, Suite 320 |
| Albuquerque, NM 87103 | Albuquerque, NM 87109 |
| (505) 247-0411; (505) 842-8890 (fax) | (505) 582-28109 |
| qs@SheehanSheehan.com | Arlyn@adamscrow.com; Alana@adamscrow.com |
| | |
|    /s/ Quentin Smith | Telephonic approval – August 10, 2017 |
| By: _____ | By: _____ |
|    Quentin Smith |    Arlyn G. Crow |
| |    Alana M. De Young |