IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN DOE,

        Plaintiff,

v.

                                                      No. 1:17-CV-00635 RJ/WPL

THE UNIVERSITY OF NEW MEXICO
and THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,

        Defendants.

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S DUE PROCESS CLAIMS

COME NOW Defendants The University of New Mexico and The Board of Regents of the University of New Mexico (collectively, "UNM"), pursuant to Federal Rule of Civil Procedure 12(b)(6), and hereby seek dismissal of Plaintiff John Doe's claims for violation of due process as pled in the Complaint for Injunctive and Declaratory Relief and Damages [Doc. 1]. As grounds therefor, UNM states:

1. Plaintiff's due process claims against UNM fail as a matter of law because Plaintiff has not pled sufficient facts that would establish any violation of his constitutional rights;

2. As a conditional defense, Plaintiff's due process claims are barred by Eleventh Amendment immunity;

3. Plaintiff does <u>not</u> concur in this Motion to Dismiss; and

4. UNM has contemporaneously filed its Memorandum Brief in Support of Defendants' Motion to Dismiss Plaintiff's Due Process Claims and Response to Plaintiff's Motion for Preliminary Injunction.

WHEREFORE, UNM hereby respectfully requests that the Court dismiss with prejudice Plaintiff's claims for violation of due process.

> SHEEHAN & SHEEHAN, P.A.
> *Attorneys for UNM*
> P.O. Box 271
> Albuquerque, NM 87103
> (505) 247-0411; (505) 842-8890 (fax)
> qs@SheehanSheehan.com
>
> /s/ Quentin Smith
> By: _____
> Quentin Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Due Process Claims was electronically filed using the CM/ECF system, which caused a copy to be sent by email to Plaintiff's counsel, Adams+Crow, P.C. (Arlyn Crow and Alana M. De Young), on this 18th day of August, 2017.

/s/ Quentin Smith
_____
Quentin Smith

S:\17193\PLDG\20170818 MTD re Due Process Claims (QS).docx